ROBERT M. HELFEND, SBN. 113380
22631 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
APUN MAHAPATRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. 08-CR-0237-EJG
)
) ORDER RE:
Plaintiff, ) WITHDRAWAL OF ATTORNEY
) AS ATTORNEY OF RECORD
)
)
APUN MAHAPATRA, )
)
Defendant. )
)

IT IS HEREBY ORDERED that ROBERT M. HELFEND'S request to permit his Withdrawal as Attorney of Record, is GRANTED.

IT IS SO ORDERED this 12th day of December 2011.

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT JUDGE